**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:24-cr-00028 |
| | ) |
| **FABIAN ISFAN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

    **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated December 11, 2024, ECF No. 22, recommending that the Defendant's plea of guilty to Count One of the Information, a violation of Title 8, United States Code, Sections 1326(a)(2), be accepted, and the Defendant be adjudged guilty. Also before the Court is Defendant's Motion Requesting Expedited Sentencing. (ECF No. 24.)[1] Defendant's motion also requests that the court waive the preparation of the Presentence Investigation Report. *Id.* After careful consideration and review, and there being no objection, it is hereby

    **ORDERED** that the Report and Recommendation, ECF No. 22, is **ADOPTED;** it is further

    **ORDERED** Defendant Fabian Isfan's Motion Requesting Expedited Sentencing, ECF No. 24, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

    **ORDERED** that Defendant Fabian Isfan's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Fabian Isfan is adjudged **GUILTY** on that count; it is further

    **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

---

[1] Defendant previously filed the Motion Requesting Expedited Sentencing at ECF No. 23, docketed as "Waiver of Presentence Investigation Report."

*United States v. Fabian Isfan*
Case No. 3:24-cr-00028
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **December 31, 2024;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **January 6, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **January 10, 2025, at 9:30 A.M. in STT Courtroom No. 1.**

**Dated:** December 27, 2024      */s/ Robert A. Molloy*
                                  **ROBERT A. MOLLOY**
                                  **Chief Judge**